Apr 26 07 03:09p    K                       4077026710                    p.15

# USAA CASUALTY INSURANCE COMPANY     MAIL MACH-1

**USAA**

9800 Fredericksburg Road - San Antonio, Texas 78288

AMENDED DECLARATIONS PAGE - EFFECTIVE 03/06/07

Named Insured and Residence Premises                    Policy Number

KIMBERLY ANN CARLEY & MATTHEW T CARLEY       CIC   01605 63 34 91A

RR 2 BOX 31
ELLSWORTH, MCLEAN, IL   61737-9713

POLICY PERIOD From: 05/25/06   To: 05/25/07
(12:01 A.M. standard time at location of the residence premises)

---

**COVERAGES AND LIMITS OF LIABILITY**

| SECTION I | A. Dwelling | $1,051,000 |
| | C. Personal Property | $788,250 |
| | D. Loss of Use (UP TO 12 MONTHS) | UNLIMITED |
| SECTION II | E. Personal Liability - Each Occurrence | $500,000 |
| | F. Medical Payments to Others - Each Person | $1,000 |

Your premium has already been reduced by the following:
   FIRE/BURGLARY CREDIT                              $560.00 CR

                                        BASIC PREMIUM    $3,986.08

**OTHER COVERAGES AND ENDORSEMENTS**

Form and Endorsements are printed on the following page.        $48.00

**DEDUCTIBLES (SECTION I ONLY)**

We cover only that part of the loss over the deductible stated.
   WIND AND HAIL      $1,000
   ALL OTHER PERILS   $1,000

                                        DEDUCTIBLE CREDIT    $209.94

**TOTAL POLICY PREMIUM**                              $3,824.14

                                        TOTAL PRORATED CHARGE   $347.24

THIS IS NOT A BILL.   STATEMENT TO FOLLOW.

---

FIRST MORTGAGEE:
CHARLES SCHWAB MORTGAGE SERVICES, INC.           LOAN NR   0027684745
ITS SUCCESSORS AND/OR ASSIGNS, ATIMA
ATTN: INSURANCE DEPT, PO BOX 5954
SPRINGFIELD, OH  45501-5954

In Witness Whereof, this policy is signed on 03/15/07

*Steven Alan Bennett*, Secretary        *Joseph H. Wehrle Jr.*, President

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.
ATTACH THIS DECLARATION TO PREVIOUS POLICY

HO-D1 (04-93)

**08 C 1351**              **JUDGE NORDBERG**            EXHIBIT A
                     **MAGISTRATE JUDGE BROWN**