AEE

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 1351

In the Matter of                                    Case Number:

Matthew T. Carley and Kimberly Ann Carley
v.
USAA Casualty Insurance Company

**JUDGE NORDBERG**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew T. Carley and Kimberly Ann Carley

| |
|---|
| NAME (Type or print) <br> Edward Eshoo, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Edward Eshoo, Jr. |
| FIRM <br> Childress Duffy Goldblatt, Ltd. |
| STREET ADDRESS <br> 515 N. State St., Suite 2200 |
| CITY/STATE/ZIP <br> Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6190179 | TELEPHONE NUMBER <br> (312) 494-0200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐