**FILED**
**MARCH 6, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1351**

| | | |
|---|---|---|
| MATTHEW T. CARLEY and KIMBERLY ANN CARLEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) No. ) ) | |
| USAA CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**JUDGE NORDBERG**
**MAGISTRATE JUDGE BROWN**

## PLAINTIFFS' JURY DEMAND

Plaintiffs, Matthew T. Carley and Kimberly Ann Carley, by their attorneys, Childress Duffy Goldblatt, Ltd., file this, their demand for trial by Jury.

       /s/ Edward Eshoo, Jr.
       One of the Attorneys for Plaintiffs

Edward Eshoo, Jr.
Christina M. Phillips
Childress Duffy Goldblatt, Ltd
515 North State Street, Suite 2200
Chicago, Illinois 60610
(312) 494-0200