6181383 (EJS)       EJS:kl        03/28/08        WHITE        17570-3-33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW T. CARLEY and KIMBERLY ANN CARLEY, ) ) ) | |
| Plaintiffs, ) ) | |
| v.    ) ) | No.: 08 C 1351 |
| USAA CASUALTY INSURANCE COMPANY, ) ) ) | Hon. Judge Nordberg |
| ) | Magistrate Judge Brown |
| Defendant.  ) | |

### NOTICE OF FILING

To:   Mr. Edward Eshoo, Jr.
      Childress Duffy Goldblatt, Ltd.
      515 N. State St., Suite 2200
      Chicago, IL 60610

YOU ARE HEREBY NOTIFIED that on March 28, 2008, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, Appearance, a copy of which is attached hereto.

                                          s/ Stellato & Schwartz, Ltd.
                                          STELLATO & SCHWARTZ, LTD.

6181383 (EJS)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on March 28, 2008.

                                          s/ Esther Joy Schwartz
                                          Esther Joy Schwartz