6285714 (BCB)          BCB:tps          4/25/08          WHITE          17570-3-33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW T. CARLEY and** | ) | |
| **KIMBERLY ANN CARLEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No.:  08 C 1351** |
| | ) | |
| **USAA CASUALTY INSURANCE** | ) | **Hon. Judge Nordberg** |
| **COMPANY,** | ) | |
| | ) | **Magistrate Judge Brown** |
| **Defendant.** | ) | |

### NOTICE OF FILING

To:     Attorney for Plaintiff:
        Mr. Edward Eshoo, Jr.
        Childress Duffy Goldblatt, Ltd.
        515 N. State St., Suite 2200
        Chicago, IL 60610


        YOU ARE HEREBY NOTIFIED that on April 25, 2008, there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, USAA's Answer and Affirmative Defenses to Plaintiffs' Complaint, a copy of which is attached hereto.


_____
STELLATO & SCHWARTZ, LTD.

6181383 (EJS)
6199398 (RDF)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant
120 North La Salle Street, 34th Floor
Chicago, Illinois 60602
(312) 419-1011


        I certify that I served this Notice by mailing a copy to each person to whom it is directed at the address above indicated by depositing it in the U.S. Mail at 120 North La Salle Street, Chicago, Illinois, on April 25, 2008, with proper postage prepaid.


_____
Brian C. Bassett