EJS:bcb         4/30/08         WHITE         17570-3-69

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW T. CARLEY and KIMBERLY ANN CARLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No.: 08 C 1351 |
| USAA CASUALTY INSURANCE COMPANY, | ) ) Hon. Judge Nordberg ) ) Magistrate Judge Brown |
| Defendant. | ) |

### RULE 7.1 DISCLOSURE STATEMENT

USAA Casualty Insurance Company is a wholly owned subsidiary of United Services Automobile Association.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2008

_____
Susan R. Haldiman
Litigation Manager
Southwest Region Counsel
United Services Automobile Association