6181383 (EJS)          EJS:bcb          06/19/8          WHITE          17570-3-33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MATTHEW T. CARLEY and KIMBERLY ANN CARLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No.: 08 C 1351 |
| USAA CASUALTY INSURANCE COMPANY, | ) ) Hon. Judge Nordberg ) ) Magistrate Judge Brown |
| Defendant. | ) |

### AGREED MOTION FOR PROTECTIVE ORDER

NOW COMES defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), by and through its attorneys, STELLATO & SCHWARTZ, LTD., and pursuant to Federal Rule of Civil Procedure 26(c), moves this Honorable Court to enter the Protective Order attached hereto as Exhibit "A". In support hereof, defendant states as follows:

1.  Plaintiffs, MATTHEW T. CARLEY and KIMBERLY ANN CARLEY ("the Plaintiffs"), filed a Complaint against USAA, alleging that USAA breached the policy of insurance issued to the Plaintiffs for the period May 25, 2006 to May 25, 2007 under policy No. CIC 01605 63 34 91A ("the USAA Policy"). Plaintiffs bring a cause of action for breach of contract (Count I) and a cause of action pursuant to Section 155 of the Illinois Insurance Code (215 ILCS § 5/155) (Count II).

2.  On May 28, 2008, Plaintiffs issued a Request for Production of Documents to USAA pursuant to Federal Rule of Civil Procedure 34. Certain of the Requests for Production seek USAA's confidential manuals, operating guidelines, regulations, claims management policies,

procedures, recommendations and other related documents.

3. Federal Rule of Civil Procedure 26(c) allows the court on motion of any party to make a protective order limiting, conditioning or regulating discovery.

4. Because of the confidential nature of certain documents requested by Plaintiffs in their Request for Production of Documents, the parties have agreed to request this Court to enter the Protective Order attached hereto as Exhibit "A" in order to properly regulate the disclosure of those confidential materials.

WHEREFORE defendant, USAA CASUALTY INSURANCE COMPANY, prays for entry of the Protective Order attached hereto as Exhibit "A", as agreed by the parties.

Respectfully Submitted,

STELLATO & SCHWARTZ, LTD.


By:  **/s/ Esther Joy Schwartz**
Esther Joy Schwartz

6181383 (EJS)
6285714 (BCB)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant USAA
120 N. La Salle Street
34th Floor
Chicago, Illinois  60602
(312) 419-1011