6181383 (EJS)
6199398 (RDF)          EJS:kl          06/20/08          WHITE          17570-3-33

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW T. CARLEY and<br>KIMBERLY ANN CARLEY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No.: 08 C 1351 |
| USAA CASUALTY INSURANCE<br>COMPANY, | )<br>)<br>) | Hon. Judge Nordberg |
| Defendant. | )<br>) | Magistrate Judge Brown |

**NOTICE OF MOTION**

To:   Mr. Edward Eshoo, Jr.
      Childress Duffy Goldblatt, Ltd.
      515 N. State St., Suite 2200
      Chicago, IL 60610

On July 18, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Geraldine Soat Brown or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1812 of the United States District Court, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Agreed Motion for Protective Order.

Name:            STELLATO & SCHWARTZ, LTD.
Attorney for:    Defendant
Address:         120 N. LaSalle St., 34th Floor
City:            Chicago, IL 60602
Telephone:       (312) 419-1011
Atty No:         6181383 (EJS)
                 6199398 (RDF)

**PROOF OF SERVICE BY CM/ECF**

I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 20, 2008.

                                              /s/ Esther Joy Schwartz
                                              Esther Joy Schwartz