6181383 (EJS)
6199398 (RDF)        EJS:kl        06/24/08        WHITE        17570-3-33

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MATTHEW T. CARLEY and KIMBERLY ANN CARLEY,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 08 C 1351 |
| **USAA CASUALTY INSURANCE COMPANY,** | ) ) ) | Hon. Judge Nordberg |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

### RE-NOTICE OF MOTION

To:    Mr. Edward Eshoo, Jr.
       Childress Duffy Goldblatt, Ltd.
       515 N. State St., Suite 2200
       Chicago, IL 60610

       On July 17, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John A. Nordberg or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1801 of the United States District Court, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present the attached Agreed Motion for Protective Order.

Name:            STELLATO & SCHWARTZ, LTD.
Attorney for:   Defendant
Address:       120 N. LaSalle St., 34th Floor
City:             Chicago, IL 60602
Telephone:    (312) 419-1011
Atty No:        6181383 (EJS)
                 6199398 (RDF)

### PROOF OF SERVICE BY CM/ECF

       I certify that I served this Notice by electronically mailing a copy to each person to whom it is directed at the address above indicated by using the CM/ECF system on June 24, 2008.

                                                /s/ Esther Joy Schwartz
                                                Esther Joy Schwartz