*AC*

6181383 (EJS)
6285714 (BCB)   EJS:bcb   6/4/08   BLUE   17570 3-33

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MATTHEW T. CARLEY and KIMBERLY ANN CARLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No.: 08 C 1351 ) |
| USAA CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

### PROTECTIVE ORDER

THIS CAUSE coming to be heard on Motion of defendant, USAA CASUALTY INSURANCE COMPANY ("USAA"), by and through its attorneys, STELLATO & SCHWARTZ, LTD., for Protective Order, due notice having been given, the Court having jurisdiction over the parties and being fully advised in the premises:

IT IS HEREBY ORDERED:

1. This order applies to documents related to USAA manuals, operating guidelines, regulations, policies and procedures in effect in March, 2007, relating to investigating and adjusting fire damage claims made by USAA insureds in Illinois and interpretation of any portion of USAA's homeowner's policy of insurance ("documents").

2. Unless and until otherwise ordered by the Court, the aforesaid documents are designated as confidential and information derived therefrom may be inspected only by the parties herein, including employees of USAA, attorneys of record for the parties herein and the staffs of their respective law firms working on this case, by attorneys in the employ of a party who appear as counsel of record in this case and by experts consulted by such attorneys in connection with this case. The documents designated as confidential and information derived therefrom may be inspected by consultants or representatives of the parties herein who are in the employ of the parties so long as it pertains to the prosecution or defense of this claim. No other person shall have access to a document or information which is designated as confidential without prior approval of the Court nor shall any such other person be informed of such documents or information contained therein by any person having access thereto. Non-party lay witnesses can only be shown documents designated as confidential upon consent of the parties, or upon a ruling by the Court.

U.S. DISTRICT COURT
CLERK

2008 JUN 27 AM 8:21

FILED-ED

3. Nothing contained in this Order shall prevent the use of documents or information designated as confidential at trial or at depositions, with appropriate safeguards assuming such documents or information is relevant and material and otherwise admissible under the Federal Rules of Evidence. Production of any documents in accordance with this Order shall not be construed as a waiver of evidentiary objections. If such documents or information are used in depositions, such documents or information and all portions of the transcripts of such depositions and exhibits thereto which refer or relate to such documents or information shall themselves be treated as confidential.

4. No documents or information designated as confidential shall be filed with any court without appropriate safeguards.

5. Any attorney who discloses confidential documents or information to an expert witness or expert consultant shall make known to such expert the terms of this Order and shall secure such expert's executed Affidavit which provides that he/she will be bound by the terms of this Order. (A sample Affidavit is attached hereto as Exhibit "A").

6. At the conclusion of the litigation, all confidential documents and all copies thereof shall be returned to the producing party within 60 days of the entry of the Final Order along with an Affidavit executed by the attorney returning said documents and copies showing that all such documents and copies have been completely returned.

ENTER: *John A. Nordberg*
Judge

Date: June 26, 2008

6181383 (EJS)
6285714 (BCB)
STELLATO & SCHWARTZ, LTD.
Attorneys for Defendant USAA
120 N. La Salle Street
34th Floor
Chicago, Illinois 60602
(312) 419-1011